■ In the Matter of WENDY J. ZITO, Appellant, v MARK A. PFOHL, Respondent. [753 NYS2d 914] —Appeal from an amended order of Family Court, Onondaga County (Klim, J.), entered January 17, 2002, which dismissed the petition seeking permission to relocate and a change from joint custody to sole custody.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Family Court properly granted respondent's motion for judgment as a matter of law pursuant to CPLR 4401 and dismissed the petition. Even accepting as true her proof and affording her "every favorable inference that reasonably could be drawn therefrom" (*Matter of Le Blanc v Morrison*, 288 AD2d 768, 770), we conclude that petitioner failed to meet her burden of proof on her petition seeking permission to relocate (*see Matter of Massaro v English*, 262 AD2d 879, 881) and a change from joint custody to sole custody (*see Matter of Muzzi v Muzzi*, 189 AD2d 1022, 1023). To the extent that *Matter of Rivera v Perez* (299 AD2d 944) suggests that it is error to grant judgment as a matter of law pursuant to CPLR 4401 on a petition seeking permission to relocate, that case is distinguishable by its facts. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Scudder and Lawton, JJ.